# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessaca Devlin,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. Collections West Incorporated,<br><br>　　　　Defendant. | **NO. CV-15-01253-PHX-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 26, 2016, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 26, 2016

　　　　　　　　　　　　　　　　　　s/ Kenneth G. Miller
　　　　　　　　　　　　　　　　By　Deputy Clerk